O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VALENZUELA PEREZ,<br><br>Petitioner,<br><br>v.<br><br>TRACY JOHNSON, Warden,[1]<br><br>Respondent. | Case No. CV 22-1302 RSWL (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

//

//

//

---

[1] Tracy Johnson, the warden at Folsom State Prison, where the CDCR Inmate Locator indicates Petitioner is currently housed, is substituted for the Respondent named in the Petition. Fed. R. Civ. P. 25(d); *see also* https://inmatelocator.cdcr.ca.gov.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at both his address of record and his apparent actual current address at Folsom State Prison[2] and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 4, 2023

                              /S/ RONALD S.W. LEW
                              RONALD S.W. LEW
                              UNITED STATES DISTRICT JUDGE

---

[2] Although Petitioner has not updated his address of record, which remains California State Prison-Wasco, the proof of service attached to Respondent's Answer reflects that Petitioner was served at Folsom State Prison, which is consistent with the information provided on the CDCR Inmate Locator website. (Dkt. 19 at 60); *see also* https://inmatelocator.cdcr.ca.gov.  The Deputy Clerk is hereby DIRECTED to mail a copy of this Order, the Judgment herein, and the Order Denying Certificate of Appealability to Petitioner at both his address of record at CSP Wasco, P.O. Box 4400, Wasco, CA 93280, as reflected on the Court's docket, and the following address:

> Omar Valenzuela Perez
> No. BI 8138
> Folsom State Prison
> P.O. Box 715071
> Represa, CA  95671

2