JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VALENZUELA PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>TRACY JOHNSON, Warden,[1]<br><br>        Respondent. | Case No. CV 22-1302 RSWL (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: May 4, 2023

                                                              */S/ RONALD S.W. LEW*
                                                              RONALD S.W. LEW
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Tracy Johnson, the warden at Folsom State Prison, where the CDCR Inmate Locator indicates Petitioner is currently housed, is substituted for the Respondent named in the Petition. Fed. R. Civ. P. 25(d); *see also* https://inmatelocator.cdcr.ca.gov.